IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHILIP K. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  10-00518-JPG-SCW |
| | ) | |
| ETHEX CORPORATION and | ) | |
| K-V PHARMACEUTICAL COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without

costs.

DATED:   November 16, 2011

**NANCY ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **U. S. DISTRICT JUDGE**